## MERRILS V. GOODWIN.

A man finding a tree of bees in another's land, gives no right to the tree or the bees; unless they went from his own hive.

ERROR to reverse a judgment of a justice in an action of trespass, Goodwin v. Merrils; for cutting down a tree in the woods, that had a swarm of bees in it, and taking the honey, which the plaintiff had previously discovered.

The defendant plead in bar — That said bees were a swarm from his hive; that he had frequently lined them to near said tree; and that said bees were his property.

The plaintiff replied — That he found them wild in the woods, and had good right to take them. To which reply, a demurrer was given.

The judgment of the justice was — That the plaintiff's reply was sufficient; with thirty shillings damages.

Error assigned generally.

Judgment — Manifest error.

By the COURT. A man's finding bees in a tree standing upon another man's land, gives him no right either to the tree or the bees; and a swarm of bees going from a hive, if they can be followed and known, are not lost to the owner, but may be reclaimed.